IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB - 1 2021

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

Ex rel. MICHAEL ANDREW HARRINGTON

*Plaintiff*

V.

ART INSTITUTES INTERNATIONAL LLC,

ART INSTITUTE OF HOUSTON LLC,

DC ART INSTITUTE OF HOUSTON, LLC &

STUDIO ENTERPRISE LLC

*Defendants*

Civ. No. 4:20-cv-02445

JURY DEMANDED

## MOTION FOR ADDITIONAL TIME TO OBTAIN COUNSEL

I hereby respectfully request that this Honorable Court extend the deadlines (to conduct discovery) set forth in the Court's December 17, 2020, by an additional 45-60 days in order to allow me to obtain new counsel since my former counsel's Motion to Withdraw was granted by this Court on January 22, 2021.

Date: January 29, 2021

_____
Michael Harrington

*Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB - 1 2021

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

Ex rel. MICHAEL ANDREW HARRINGTON

*Plaintiff*

V.

ART INSTITUTES INTERNATIONAL LLC,

ART INSTITUTE OF HOUSTON LLC,

DC ART INSTITUTE OF HOUSTON, LLC &

STUDIO ENTERPRISE LLC

*Defendants*

Civ. No. 4:20-cv-02445

JURY DEMANDED

## CERTIFICATE OF SERVICE

Under the penalties of perjury, I, Michael Harrington, declare that on January 29, 2021, I mailed a copy of the Motion for Additional Time to Obtain Counsel by placing a first class stamp and depositing it into a United Sates Postal Mailbox. I mailed the aforementioned documents to the following parties:

Theanna Bezney

Fisher & Phillips, LLP

500 North Akard Street, Suite 3550

Dallas, TX 75201

_____

Michael Harrington