Case 4:20-cv-02445   Document 81   Filed on 01/10/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael Andrew Harrington, *ex rel* <br> United States of America <br> Plaintiffs, <br><br> vs <br><br> Art Institutes International LLC, *et al* <br> Defendants. | CIVIL ACTION NO. 4:20cv2445 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas on this ___10th___ day of January 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE