United States District Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael Andrew Harrington, *ex rel* § <br> United States of America § <br> Plaintiffs, § <br> § <br> vs § <br> § <br> § <br> Art Institutes International LLC, *et al* § <br> Defendants. | CIVIL ACTION NO. 4:20cv2445 |

## ORDER OF DISMISSAL

In accordance with Joint Stipulation of Dismissal with Prejudice as to Relator Harrington and without Prejudice as to the United States filed on March 7, 2024 (Doc. No. 83), Relator Harrington is **DISMISSED** with prejudice and the United States is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas on this _8th_ day of March 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE